**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LAWRENCE PIERSON, and DORENA PIERSON, | ) ) ) | 2:08-cv-00575-HDM-PAL |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| PROCTOR SILEX, INC., | ) ) | |
| Defendant. | ) | |

The court has considered the original report and recommendation of the United States Magistrate Judge (#14) filed on August 5, 2008, in which the magistrate judge recommended the court dismiss this action without prejudice for failure to prosecute and failure to obey court orders. The defendant filed objections (#15), which this court construed as a motion for partial reconsideration of the report and recommendation, arguing the dismissal should be with prejudice. The plaintiffs failed to file

1

any objections to the magistrate judge's original report and recommendation or file any response to the defendant's objections. On October 9, 2008, the magistrate judge supplemented the report and recommendation of August 5, 2008, and recommended that this action be dismissed with prejudice (#17). No objections to the supplemental report and recommendation have been filed and the time for filing any objections has expired. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby orders that this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: This 28th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

2